# United States District Court
# Central District of California

| | |
|---|---|
| JESUS JAIME GONZALEZ TERRAZAS; CESAR IVAN SANCHEZ LUNA; JOSE MANUEL LOPEZ CASTRO,<br><br>        Plaintiffs,<br><br>    v.<br><br>DEL RECORDS INC.; DEL ENTERTAINMENT, INC.; ANGEL DEL VILLAR; and DOES 1–10, inclusive,<br><br>        Defendants. | Case № 2:17-cv-02152-ODW (KS)<br><br>**ORDER TO SHOW CAUSE** |

///
///
///
///
///
///
///
///

Plaintiffs filed this lawsuit on March 19, 2017. (ECF No. 1.) However, Plaintiffs have not filed any proof that Defendants were served during the Federal Rule of Civil Procedure 4(m) period. That period has now expired. Plaintiffs must now either produce evidence that Defendants were served during that period or produce evidence there was good cause for not serving Defendants within that period. Plaintiffs shall submit such evidence on or before June 26, 2017. *See* Fed. R. Civ. P. 4(m). Failure to produce such evidence will result in this case being dismissed without prejudice without further notice from the Court.

**IT IS SO ORDERED.**

June 14, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**